Case: 1:24-mj-00108
Assigned To : Harvey, G. Michael
Assign. Date : 3/22/2024
Description: Complaint W/ Arrest Warrant

## STATEMENT OF FACTS

On Friday, March 22, 2024, at approximately 0610 hours, agents from the Drug Enforcement Agency (DEA) and investigators from the Metropolitan Police Department (MPD), including your Affiant, executed a federal search warrant issued by the Honorable Michael Harvey, Magistrate Judge for the U.S. District Court for the District of Columbia, at 2329 Chester Street, SE, Washington, D.C. 20020, based on probable cause to believe there was evidence of narcotics trafficking in the residence. The residence consisted of four bedrooms and two individuals were found inside, including Angelo MARK.

From Bedroom-1 in the residence, law enforcement recovered seven firearms, hundreds of rounds of ammunition, suspected narcotics (including multiple types of pills and white powder), digital scales, empty zip bags, and thousands of dollars U.S. currency in cash. Specifically, law enforcement discovered the following in Bedroom-1:

- One gold handgun located on the top bunk
- One black handgun located in a safe
- One green handgun located in a strap shoulder bag hanging from the bed rail
- One black handgun in a case located in the closet
- One rifle in green bag located in the closet
- Two rifles located in the closet
- Hundreds of rounds of ammunition
- Over a dozen different firearm magazines (both rifle and pistol) in the closet
- Four digital scales, commonly used to weigh narcotics for packaging
- Numerous empty zip bags, commonly used to store package narcotics for individual sale
- Numerous bottles and zips of pills (of varying quantities for an approximate total of 187 pills) located on the dresser shelf
- Zip bags of white powder located in the shoulder bag containing the green handgun, one of which was field-tested and found to contain fentanyl
- U.S. currency located in the safe and scattered throughout Bedroom-1 (estimated at least $5000)
- Credit cards and bank cards with the name "Angelo Mark"











  MARK demonstrated his ownership over Bedroom-1 and items of contraband by providing a code to the safe in Bedroom-1 (from which cash and a firearm were recovered).  Moreover, MARK confirmed to law enforcement that Bedroom-1 belonged to him and his credit cards bearing his name were found inside Bedroom-1.

  Based on your affiant's training and experience, the combination of numerous types of pills (packaged in varying quantities), white powder field-testing positive for fentanyl, additional suspected powder narcotics, the four digital scales, numerous empty zips for packaging, the large

amount of cash (an estimated $5,000 in cash), seven firearms, hundreds of rounds of ammunition, and numerous magazines are consistent with possession with the intent to distribute and possession of firearms in furtherance of drug trafficking.

      Based on the foregoing, I submit that there is probable cause to believe that the Defendant violated: (1) 21 U.S.C. § 841(a)(1) and (b)(1)(C), which makes it a crime to possess with intent to distribute a substance with a detectable amount of fentanyl; and (2) 18 U.S.C. § 924(c)(1)(A)(i), which makes it a crime to possess a firearm in furtherance of a drug trafficking offense.

_____
MICHAEL REESE, BADGE #IV-1912
METROPOLITAN POLICE DEPARTMENT

*Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 22nd day of March, 2024.*

_____
HONORABLE G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE